AARON D. FORD
 Attorney General
WILLIAM P. SHOGREN, Bar No. 14619
 Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1257
E-mail: wshogren@ag.nv.gov

*Attorneys for Defendants,*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATHANIEL WILLIAMS, | Case No.  3:21-cv-00179-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| CATHERINE YUP, *et al.,* | |
| Defendants. | |

Plaintiff, Nathaniel Williams, in pro se, and Defendants Catherine Yup, et al, by and through

counsel, Aaron D. Ford, Attorney General of the State of Nevada, and William P. Shogren,

///

///

///

///

///

///

///

///

///

///

///

///

1

Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 29th day of December, 2021.

DATED this 6th day of January, 2022

_____
NATHANIEL WILLIAMS
*Plaintiff*

AARON D. FORD
Attorney General

By: /s/William P. Shogren
_____
WILLIAM P. SHOGREN, Bar No. 14619
Deputy Attorney General
*Attorneys for Defendants*

* * *

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  January 6, 2022

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 6th day of January, 2022, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL**, to the following:

Nathaniel Williams #90540
Pioche Conservation Camp
P.O. Box 509
Pioche, NV 89043

An employee of the
Office of the Attorney General